IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TIFFANY SMITH,**<br><br>        **Plaintiff,**<br><br>   vs.<br><br>**CITY OF OMAHA, a political subdivision existing and organized in the State of Nebraska; OMAHA POLICE DEPARTMENT; ALEX HAYES, Chief of Police, individually and in his official capacity; BENJAMIN EDWARDS, AAREN ANDERSON, and JERALD SWANSON, Omaha Police Officers, individually and in their official capacities; DON KLEINE, Douglas County Attorney, individually and in his official capacity; JOHN DOE, Douglas County Attorney, individually and in his/her official capacity; DOUGLAS COUNTY, a political subdivision existing and organized in the State of Nebraska; and JOHN DOES 1-100,**<br><br>        **Defendants.**<br>_____ | **8:12CV330**<br><br>**ORDER** |
| **TIFFANY SMITH, as parent and natural guardian of Deante Smith,**<br><br>        **Plaintiff,**<br><br>   vs.<br><br>**CITY OF OMAHA, a political subdivision existing and organized in the State of Nebraska; OMAHA POLICE DEPARTMENT; ALEX HAYES, Chief of Police, individually and in his official capacity; BENJAMIN EDWARDS, AAREN ANDERSON, and JERALD SWANSON, Omaha Police Officers, individually and in their official capacities; DON KLEINE, Douglas County Attorney, individually and in his official capacity; JOHN DOE, Douglas County Attorney,** | **8:12CV331**<br><br>**ORDER** |

| | |
|---|---|
| **individually and in his/her official capacity; DOUGLAS COUNTY, a political subdivision existing and organized in the State of Nebraska; and JOHN DOES 1-100,**<br><br>　　　　　　**Defendants.** | |

　　This matter is before the court on the defendants' Motion to Compel Discovery (Filing No. 66 in 8:12CV330; Filing No. 68 in 8:12CV331). The defendants sought to compel the plaintiff to engage in discovery by answering interrogatories and responding to requests for production of documents previously served. On January 28, 2014, the plaintiff filed a Notice of Serving Discovery (Filing No. 69 in 8:12CV330; Filing No. 71 in 8:12CV331). Thereafter, on January 30, 2014, the defendants filed a stipulation indicating the motions to compel are moot (Filing No. 70 in 8:12CV330; Filing No. 72 in 8:12CV331). Accordingly,

　　**IT IS ORDERED:**

　　The defendants' stipulations (Filing No. 70 in 8:12CV330; Filing No. 72 in 8:12CV331) are adopted. The defendants' motions (Filing No. 66 in 8:12CV330; Filing No. 68 in 8:12CV331) are denied as moot.

　　Dated this 30th day of January, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge