IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIFFANY SMITH, | |
| Plaintiff, | 8:12CV330 |
| vs. | |
| CITY OF OMAHA, a political subdivision existing and organized in the State of Nebraska; OMAHA POLICE DEPARTMENT; ALEX HAYES, Chief of Police, individually and in his official capacity; BENJAMIN EDWARDS, AAREN ANDERSON, and JERALD SWANSON, Omaha Police Officers, individually and in their official capacities; and JOHN DOES 1-100, | ORDER |
| Defendants. | |
| _____ | |
| TIFFANY SMITH, as parent and natural guardian of Deante Smith, | |
| Plaintiff, | 8:12CV331 |
| vs. | |
| CITY OF OMAHA, a political subdivision existing and organized in the State of Nebraska; OMAHA POLICE DEPARTMENT; ALEX HAYES, Chief of Police, individually and in his official capacity; BENJAMIN EDWARDS, AAREN ANDERSON, and JERALD SWANSON, Omaha Police Officers, individually and in their official capacities; and JOHN DOES 1-100, | ORDER |
| Defendants. | |

This matter is before the court on the motion (Filing No. 155[1]) of Timothy L. Ashford to withdraw as counsel for the plaintiff. The court granted Mr. Ashford's motion effective November 17, 2014, to allow the plaintiff an opportunity to engage substitute

---

[1] The court will cite to 8:12CV330 unless otherwise noted.

counsel. No substitute counsel has entered an appearance. The plaintiff is now considered proceeding *pro se*. Accordingly,

**IT IS ORDERED**:

1. Mr. Ashford shall provide a copy of this order to Tiffany Smith, forthwith, and file a notice of such service, including Tiffany Smith's address for the court's record.

2. Mr. Ashford's motion to withdraw as counsel (Filing No. 155) is granted. The Clerk of Court shall terminate Mr. Ashford as counsel for the plaintiff.

3. Tiffany Smith is hereby considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiff directly regarding this case until new counsel, if any, enters an appearance on the record.

Dated this 19th day of November, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge