IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIFFANY SMITH, | ) | Case No. 8:12CV330 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF** |
| | ) | **DISMISSAL** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TIFFANY SMITH, as parent and natural guardian of DEANTE SMITH, | ) | Case No. 8:12CV331 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF** |
| | ) | **DISMISSAL** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PURSUANT TO Federal Rule of Civil Procedure 41(a)(1)(ii), the Plaintiffs and the Defendants, by and through their respective counsel, stipulate that all causes of action herein in these consolidated actions, should be dismissed with prejudice, each party to pay their own court costs.

Dated this 20th day of November, 2014.

TIFFANY SMITH, individually, Plaintiff

By: _____
TIFFANY SMITH, as an individual and a Plaintiff

TIFFANY SMITH as parent and natural guardian of DEANTE SMITH, Plaintiff.

By: _____
TIFFANY SMITH, as an individual and a Representative Plaintiff

AAREN ANDERSEN, BENJAMIN EDWARDS, JERALD SWANSON, ALEX HAYES, CITY OF OMAHA, and OMAHA POLICE DEPARTMENT, Defendants.

By: _____
THOMAS O. MUMGAARD, No. 16004
Deputy City Attorney
RYAN J. WIESEN, No. 24810
Assistant City Attorney
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, NE 68183
(402) 444-5115
Attorneys for the Defendants