**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| TIFFANY SMITH, | ) | Case No. 8:12CV330 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| TIFFANY SMITH, as parent and | ) | Case No. 8:12CV331 |
| natural guardian of DEANTE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is brought before the Court pursuant to a Stipulation for Dismissal (filing # 160). The Stipulation is submitted pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is signed by all the parties to this action, and provides that all causes of action arising in these consolidated cases should be dismissed with prejudice.

Accordingly,

IT IS ORDERED:

1. All causes of action enumerated in these consolidated cases shall be dismissed with prejudice as of this date.

2. Each party is ordered to pay their own costs.

Dated this 24th day of November, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge